LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Kelley S. Kern, CSB No.: 221265
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for City of Davis,
Michael Munoz,
Ryan Bellamy,
Sean Bellamy, and
Glenn Glasgow

LAW OFFICES OF WILLIAM F. WRIGHT
William F. Wright
Julie Doumit
1731 J. Street, Suite 250
Sacramento, Ca 95811
Phone: 916-442-8614
Facsimile: 916-442-5679
wfwattny@aol.com

Attorneys for Plaintiff Brigette D. Brown

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **BRIGETTE D. BROWN,** | Case No.: 2:16-cv-00638-TLN-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER AND REOPEN DISCOVERY** |
| vs. | |
| **CITY OF DAVIS, MICHAEL MUNOZ, RYAN BELLAMY, SEAN BELLAMY, GLENN GLASGOW and DOES 1 through 50, inclusive,** | |
| **Defendant** | |

COMES NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Pretrial Scheduling Order dated Court's Pretrial Scheduling Order dated June 13, 2016 [ECF No. 12] be modified/amended to reflect new deadlines as follow:

**STIPULATION TO MODIFY SCHEDULING ORDER AND REOPEN DISCOVERY**

Page - 1

- Expert Witness Disclosure, currently set for June 8, 2017, to be moved to September 8, 2017;
- Supplemental Expert Witness Disclosure, currently set for June 28, 2017, to be moved to September 28, 2017;
- Discovery cutoff previously set for April 6, 2017, be reopened and completed by July 8, 2017;

Although the parties have proceeded diligently to conduct discovery in this matter, there remains some additional necessary discovery that has not been completed, as well as outstanding subpoenas for records. By this request, the parties seek only to continue the discovery cutoff date and disclosure of expert witnesses and do not request that any other deadline in this case be continued, including the deadline for, the hearing of dispositive motions, the pretrial conference, or the trial itself. No prior request has been made for continuance in this matter. Neither party will suffer any disadvantage by the granting of this request.

For the foregoing reasons, the parties agree, and stipulate to modify the scheduling order to re-open discovery, and continue the deadline for expert witness disclosure.

Dated: May 9, 2017     LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ John A. Lavra*
JOHN A. LAVRA
Attorney for Defendants City of Davis et al.

Dated: May 9, 2017     LAW OFFICES OF WILLIAM F. WRIGHT

By: */s/ William F. Wright*
WILLIAM F. WRIGHT
Attorney for Plaintiff Brigette D. Brown

**IT IS SO ORDERED.**

May 9, 2017

Troy L. Nunley
United States District Judge

**STIPULATION TO MODIFY SCHEDULING ORDER AND REOPEN DISCOVERY**